| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALEJANDRO G. ROMERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-po-00013 JDP |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING |
| vs. | |
| ALEJANDRO G. ROMERO, | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the review hearing scheduled for September 25, 2019 at 10:00 a.m. be vacated in light of Mr. Romero's compliance with all conditions of unsupervised probation and complete payment of the financial penalty imposed.

On March 20, 2019, the Court ordered a deferred entry of judgment and sentenced Mr. Romero to 7 months of unsupervised probation with the conditions that he obey all laws and pay a total fine obligation of $215.00 by August 20, 2019. The docket reflects that Mr. Romero's payment in the amount $232.50 was received on August 2, 2019.

///

///

///

Given that Mr. Romero has paid his fine in full and obeyed all laws the parties are requesting that the review hearing scheduled for September 25, 2019 at 10:00 a.m. be vacated.

Respectfully submitted,

DATED: September 23, 2019     By:     */s/ Heidi Rieck*
HEIDI RIECK
Acting Legal Officer
United States Department of Agriculture

HEATHER E. WILLIAMS
Federal Defender

DATED: September 23, 2019     By:     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ALEJANDRO G. ROMERO

O R D E R

The above stipulation in Case No. 6:19-po-00013 JDP is accepted and adopted as the order of this court. The hearing currently set for September 25, 2019 is vacated.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
UNITED STATES MAGISTRATE JUDGE